UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BOZOICH,<br>Plaintiff,<br>vs.<br>CAROLYN W. COLVIN, Commissioner of Social Security Administration,<br>Defendant. | NO. CV 16-5191-PA (AGR)<br><br>ORDER TO SHOW CAUSE |

Pursuant to the court's order of July 22, 2016, Plaintiff was ordered to file proofs of service showing compliance with Paragraph I of the order within 90 days of the filing on the complaint, i.e., by October 20, 2016. The order warned Plaintiff that failure to comply may result in dismissal of the case. To date, the proofs of service have not been filed.

Accordingly, **no later than November 21, 2016,** Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute. Filing the proofs of service by November 21, 2016, shall be deemed compliance with this Order to Show Cause.

DATED: October 26, 2016

Alicia G. Rosenberg

ALICIA G. ROSENBERG
United States Magistrate Judge