JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VALERIE BOZOICH, | ) | CASE NO. CV 16-5191-PA (AGR) |
|                 Plaintiff, | ) | |
|    vs. | ) | JUDGMENT |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
|                 Defendant. | ) | |

In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that judgment is entered dismissing this action without prejudice for failure to prosecute.

DATED: December 28, 2016

_____
PERCY ANDERSON
United States District Judge