UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BOZOICH,<br><br>                Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN, Commissioner of Social Security,<br><br>                Defendant. | CASE NO. CV 16-5191-PA (AGR)<br><br>JUDGMENT |

    In accordance with the Order Accepting Findings and Recommendation of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that judgment is entered for the defendant, the Commissioner of Social Security Administration.

DATED: October 5, 2017

                                            PERY ANDERSON
                                     United States District Judge